**FILED**
December 17, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                                           )<br>              Plaintiff,                      )<br>v.                                                      )<br>                                                           )<br>COLLEEN WOOD,                         )<br>                                                           )<br>              Defendant.                   ) | Case No. MAG. 08-0435 EFB<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>COLLEEN WOOD</u>, Case No. <u>MAG. 08-0435 EFB</u>, Charge <u>Title 21 USC §§ 841(a)(1); 846</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___ Release on Personal Recognizance

_X_ Bail Posted in the Sum of $ _100,000.00_

_X_ Unsecured Appearance Bond *to be replaced by posting of property within 3 weeks combined with unsecured portion.*

___ Appearance Bond with 10% Deposit

___ Appearance Bond with Surety

___ Corporate Surety Bail Bond

_X_ (Other) _Pretrial Services Supervision of conditions of release._

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at _Sacramento, CA_ on _December 17, 2008_ at _2:50_ pm.

By _/s/ Dale A. Drozd_

Dale A. Drozd
United States Magistrate Judge