```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  MICHAEL M. BECKWITH
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2797
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. S-09-00011-JAM |
| Plaintiff, | |
| | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME |
| v. | |
| RYAN ENNIS, et al., | |
| Defendants. | Hon. John A. Mendez |

The parties request that the status conference currently set for May 5, 2009, be continued to June 9, 2009, and stipulate that the time beginning May 5, 2009, and extending through June 9, 2009, should be excluded from the calculation of time under the Speedy Trial Act. The parties submit that the ends of justice are served by the Court excluding such time, so that counsel for each defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv); Local Code T4.

///

///

1

The parties are in the process of discussing and negotiating the various plea offers in this case. Each defendant will need time to consider his or her offer in light of the discovery. As such, the attorneys for each defendant need more time to review the discovery in this case, discuss that discovery with their respective clients, consider new evidence that may affect the disposition of this case, conduct necessary legal research and investigation, and then discuss with their clients how to proceed. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

                                      Respectfully Submitted,

                                      LAWRENCE G. BROWN
                                      Acting United States Attorney

Dated: May 4, 2009                    By:/s/ Michael M. Beckwith
                                        MICHAEL M. BECKWITH
                                        Assistant U.S. Attorney

Dated: May 4, 2009                    By:/s/ David M. Michael
                                        DAVID M. MICHAEL
                                        Attorney for defendant
                                        Ryan Louis Ennis

Dated: May 4, 2009                    By:/s/ Fred Neal Dawson
                                        FRED NEAL DAWSON
                                        Attorney for defendant
                                        Richard Dale McClure

Dated: May 4, 2009                    By:/s/ Michael B. Bigelow
                                        MICHAEL B. BIGELOW
                                        Attorney for defendant
                                        Colleen Marie Wood

| | | |
|---|---|---|
| Dated: May 4, 2009 | By: | /s/ Benjamin D. Galloway<br>BENJAMIN D. GALLOWAY<br>Attorney for defendant<br>Justin James Downey |
| Dated: May 4, 2009 | By: | /s/ Danny D. Brace Jr.<br>DANNY D. BRACE JR.<br>Attorney for defendant<br>Maika Blue Tagalu |

**ORDER**

For the reasons stated above, the status conference in case number CR. S-09-00011-JAM, currently set for May 5, 2009, is continued to June 9, 2009 at 9:30 a.m.; and the time beginning May 5, 2009, and extending through June 9, 2009, is excluded from the calculation of time under the Speedy Trial Act for effective defense preparation. The Court finds that interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

| | |
|---|---|
| Dated: May 4, 2009 | /s/ John A. Mendez<br>JOHN A. MENDEZ<br>United States District Judge |