1   DANIEL J. BRODERICK, Bar# 89424
    Federal Defender
2   BENJAMIN D. GALLOWAY, Bar# 214897
    Assistant Federal Defender
3   801 I Street, 3rd Floor
    Sacramento, California  95814
4   Telephone (916) 498-5700

5   Attorney for Defendant
    JUSTIN JAMES DOWNEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,      )
                               )    Cr.S. 09-011-JAM
            Plaintiff,         )
                               )    **STIPULATION AND ORDER**
      v.                       )
                               )    DATE: July 14, 2009
RYAN LOUIS ENNIS,              )    TIME: 9:30 a.m.
JUSTIN JAMES DOWNEY,           )    JUDGE: Hon. John A. Mendez
RICHARD DALE MCCLURE,          )
COLLEEN MARIE WOOD,            )
MAIKA BLUE TAGALU,             )
                               )
            Defendants.        )
_____)

It is hereby stipulated and agreed to between the United States of America through MICHAEL BECKWITH, Assistant U.S. Attorney, and defendants, JUSTIN JAMES DOWNEY by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, RYAN LOUIS ENNIS by and through his counsel, DAVID MICHAEL, RICHARD DALE MCCLURE by and through his counsel, FRED DAWSON, COLLEEN MARIE WOOD by and through her counsel, MICHAEL BIGELOW, and MAIKA BLUE TAGALU by and through her counsel, DANNY D.BRACE JR., that the status conference set for Tuesday, July 14, 2009 be continued to Tuesday, August 18, 2009 at 9:30 a.m..

Defense counsel were recently provided with supplemental discovery consisting of 21 CDs and DVDs. The reason for this continuance is to allow defense counsel additional time to review this discovery with the defendants, to examine possible defenses and to continue investigating the facts of the case.

It is further stipulated that the time period from the date of this stipulation, July 14, 2009, through and including the date of the new status conference hearing, August 18, 2009, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161 (h)(7)(B)(iv)and Local Code T4 [reasonable time for defense counsel to prepare].

DATED: July 6, 2009  Respectfully submitted,
DANIEL J. BRODERICK
Federal Defender

/s/ Benjamin Galloway
BENJAMIN GALLOWAY
Assistant Federal Defender
Attorney for Defendant
JUSTIN JAMES DOWNEY

/s/ Benjamin Galloway for
DAVID MICHAEL
Attorney for Defendant
RYAN LOUIS ENNIS

/s/ Benjamin Galloway for
FRED DAWSON
Attorney for Defendant
RICHARD DALE MCCLURE

/s/ Benjamin Galloway for
MICHAEL BIGELOW
Attorney for Defendant
COLLEEN MARIE WOOD

/s/ Benjamin Galloway for
DANNY D. BRACE JR.
Attorney for Defendant
MAIKA BLUE TAGALU

DATED: July 6, 2009          LAWRENCE G. BROWN
                             Acting United States Attorney

                             /s/ Benjamin Galloway for
                             MICHAEL BECKWITH
                             Assistant U.S. Attorney
                             Attorney for Plaintiff




                         **O R D E R**

   **IT IS SO ORDERED.**  Time is excluded from today's date through and

including August 18, 2009 in the interests of justice pursuant to 18

U.S.C. §3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code

T4.


DATED: July 7, 2009. _____    /s/ John A. Mendez_____
                                         JOHN A. MENDEZ
                                         United States District Judge