```
 1  DANIEL J. BRODERICK, Bar# 89424
    Federal Defender
 2  BENJAMIN D. GALLOWAY, Bar# 214897
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California  95814
 4  Telephone (916) 498-5700

 5  Attorney for Defendant
    JUSTIN JAMES DOWNEY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Cr.S. 09-011-JAM |
| Plaintiff, | **STIPULATION AND ORDER** |
| v. | DATE: November 3, 2009 |
| RYAN LOUIS ENNIS, | TIME: 9:30 a.m. |
| JUSTIN JAMES DOWNEY, | JUDGE: Hon. John A. Mendez |
| RICHARD DALE MCCLURE, | |
| COLLEEN MARIE WOOD, | |
| MAIKA BLUE TAGALU, | |
| Defendants. | |

It is hereby stipulated and agreed to between the United States of America through MICHAEL BECKWITH, Assistant U.S. Attorney, and defendants, JUSTIN JAMES DOWNEY by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, RYAN LOUIS ENNIS by and through his counsel, DAVID MICHAEL, RICHARD DALE MCCLURE by and through his counsel, FRED DAWSON, COLLEEN MARIE WOOD by and through her counsel, MICHAEL BIGELOW, and MAIKA BLUE TAGALU by and through his counsel, DANNY D. BRACE JR., that the status conference set for Tuesday, October 6, 2009, be continued to Tuesday, November 3, 2009, at 9:30 a.m..

This continuance is being requested as the parties are working toward a resolution of the matter, but need additional time to complete that process.

It is further stipulated that the time period from the date of this stipulation, October 6, 2009, through and including the date of the new status conference hearing, November 3, 2009, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare].

DATED: October 1, 2009  Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Benjamin Galloway
BENJAMIN GALLOWAY
Assistant Federal Defender
Attorney for Defendant
JUSTIN JAMES DOWNEY

/s/ Benjamin Galloway for
DAVID MICHAEL
Attorney for Defendant
RYAN LOUIS ENNIS

/s/ Benjamin Galloway for
FRED DAWSON
Attorney for Defendant
RICHARD DALE MCCLURE

/s/ Benjamin Galloway for
MICHAEL BIGELOW
Attorney for Defendant
COLLEEN MARIE WOOD

/s/ Benjamin Galloway for
DANNY D. BRACE JR.
Attorney for Defendant
MAIKA BLUE TAGALU

DATED: October 1, 2009          LAWRENCE G. BROWN
                                United States Attorney

                                /s/ Benjamin Galloway for
                                MICHAEL BECKWITH
                                Assistant U.S. Attorney
                                Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including November 3, 2009, in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED: 10/2/2009                /s/ John A. Mendez
                                JOHN A. MENDEZ
                                United States District Judge