**MICHAEL B. BIGELOW**
**Attorney at Law**
State Bar No. 65211
428 J Street, Suite 350
Sacramento, CA 95814
Telephone: (916) 443-0217

Attorney for Defendant
Colleen Wood

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. Cr.S-09-011 JAM |
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| vs. | Date: December 1, 2009 |
| | Time: 9:30 AM |
| COLLEEN WOOD, et.al., | Court: JAM |
| Defendant | |

It is hereby stipulated and agreed to between the United States of America through MICHAEL BECKWITH, Assistant U.S. Attorney, and defendants, DAVID MICHAEL Attorney for Defendant RYAN LOUIS ENNIS, RICHARD DALE MCCLURE by and through his counsel, FRED DAWSON, COLLEEN MARIE WOOD by and through her counsel, MICHAEL BIGELOW, and MAIKA BLUE TAGALU by and through his counsel, DANNY D. BRACE JR., that the status conference set for Tuesday, November 3, 2009, be continued to Tuesday, December 1, 2009, at 9:30 a.m. This continuance is being requested as the parties are working toward a resolution of the matter, but need

-1-

PDF created with pdfFactory trial version www.pdffactory.com

additional time to complete that process. It is further stipulated that the time period from the date of this stipulation, November 3, 2009, through and including the date of the new status conference hearing, December 1, 2009, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161 (h)(7)(B)(iv)and Local Code T4 [reasonable time for defense counsel to prepare].

DATED: November 1, 2009
LAWRENCE G. BROWN
United States Attorney

/s/MICHAEL BECKWITH
MICHAEL BECKWITH
Assistant U.S. Attorney
Attorney for Plaintiff

/s/DAVID MICHAEL
DAVID MICHAEL
Attorney for Defendant
RYAN LOUIS ENNIS

/s/FRED DAWSON
FRED DAWSON
Attorney for Defendant
RICHARD DALE MCCLURE

/s/MICHAEL BIGELOW
MICHAEL BIGELOW
Attorney for Defendant
COLLEEN MARIE WOOD

/s/DANNY D. BRACE, JR.
DANNY D. BRACE JR.
Attorney for Defendant
MAIKA BLUE TAGALU

-2-

PDF created with pdfFactory trial version www.pdffactory.com

**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including December 1, 2009, in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED: November 2, 2009      /s/ John A. Mendez_____
                             Hon. JOHN A. MENDEZ
                              United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com