**MICHAEL B. BIGELOW**
**Attorney at Law**
State Bar No. 65211
428 J Street, Suite 350
Sacramento, CA 95814
Telephone: (916) 443-0217

Attorney for Defendant
Colleen Wood

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. Cr.S-09-011 JAM |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | CONTINUING SENTENCING |
| vs. ) | Date: October 6, 2010 |
| ) | Time: 3:00 PM |
| ) | Court: JAM |
| COLLEEN WOOD, et.al., ) | |
| ) | |
| ) | |
| Defendant ) | |

It is hereby stipulated and agreed to between the United States of America through MICHAEL BECKWITH, Assistant U.S. Attorney, and COLLEEN MARIE WOOD by and through her counsel, MICHAEL BIGELOW, that sentencing set for Tuesday, October 5, 2010, be continued to Wednesday, October 6, 2010, at 3:00 PM. This continuance is necessary due to the unavailability of counsel for defendant Wood.

-1-

PDF created with pdfFactory trial version www.pdffactory.com

```
DATED: October 4, 2010          /s/MICHAEL BECKWITH
                                MICHAEL BECKWITH
                                Assistant U.S. Attorney
                                Attorney for Plaintiff


                                /s/MICHAEL BIGELOW
                                MICHAEL BIGELOW
                                Attorney for Defendant
                                COLLEEN MARIE WOOD
```

**O R D E R**

**IT IS SO ORDERED.**

```
DATED: October 5, 2010          /s/ John A. Mendez
                                Hon. JOHN A. MENDEZ
                                United States District Judge
```

PDF created with pdfFactory trial version www.pdffactory.com